[Crim. No. 1256. In Bank.—April 24, 1905.]

## In Re Disbarment of ARTHUR H. ASHLEY.

ATTORNEYS AT LAW—PROCEEDINGS FOR DISBARMENT — ACCUSATION BY PRIVATE PARTY—DISMISSAL.—This court has both original and appellate jurisdiction of a proceeding for the disbarment of an attorney at law; but it will only entertain an original accusation when instituted by a bar association or other public body in the public interest. Where the accusation is by a private party, alleging misconduct prejudicial to himself, the proceeding should be instituted in the superior court, and if brought in this court will be dismissed without prejudice.

ACCUSATION for Disbarment of an attorney at law.

The facts are stated in the opinion of the court.

A. H. Carpenter, of San Joaquin County, Accuser.

THE COURT.—This is an accusation by a private party charging an attorney at law with breach of professional duty, and seeking his disbarment.

This court has both original and appellate jurisdiction in such cases. (Code Civ. Proc., sec. 287.). But it declines to entertain the accusation as an original proceeding except when the prosecution has been instituted by a bar association or other public body in the public interest. When the accuser is a private person, alleging misconduct prejudicial to himself, it is more convenient and more appropriate in every way that the proceedings should be instituted and the issues tried in the superior court of the county where the misconduct is

·alleged to have occurred, and where it is to be presumed the witnesses reside.

For these reasons the proceeding here is dismissed without prejudice.